UNITED STATES COURT OF APPEALS
FOURTH CIRCUIT COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 24-4104 |
| v. ) | |
| ) | |
| Lambert Mbom, ) | |
|     Defendant. ) | |
| _____) | |

**MOTION FOR EXTENSION TO FILE OPENING BRIEF
AND JOINT APPENDIX**

 Counsel respectfully requests a one-month extension to file the opening brief and Joint Appendix in this case. It is currently due May 1, 2024. Counsel respectfully requests a due date of **May 31, 2024**. Counsel had a federal sentencing hearing in the Southern District of Georgia on April 16, 2024. *USA v. Shaquandra Woods*, 4:22-cr-16. She had a status conference in federal court on April 10, 2024. *USA v. Beverly Bowers*, 3:23-cr-00969. She filed a brief in this Court on April 3, 2024. *USA v. Randy Self*, C/A 24-4050. She also has a petition for rehearing due in this Court by May 10, 2024. *In re: Peter Strauss*. C/A: 23-2312.

 Counsel has conferred with Christopher Sarma of the US Attorney's Office and he is not opposed to this request.

            Respectfully submitted,

            /s/ Elizabeth Franklin-Best
            Elizabeth Franklin-Best, P.C.

1

3710 Landmark Drive, Suite 113
Columbia, South Carolina 29204
elizabeth@franklinbestlaw.com
(803) 445-1333

April 30, 2024

2