No. 23-4104

IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

UNITED STATES OF AMERICA,

Appellee,

v.

LAMBERT MBOM,

Appellant.

Counsel for the United States respectfully requests a one-month extension to file its Response Brief, which is currently due on July 29, 2024. The Government also requests that any supplemental joint appendix be due on August 29, 2024. Because of the specific sufficiency of evidence challenges that the Appellant has raised, the Government will need to review the entire trial transcript as well as the admitted exhibits and will potentially need to file a lengthy supplemental joint appendix that includes admitted exhibits. Thus, Counsel for the United States requests a due date of August 29, 2024.

Counsel for the Defendant does not oppose this request.

Respectfully submitted,

Erek L. Barron
United States Attorney

 /s/
Christopher M. Sarma
Megan S. McKoy
Assistant United States Attorneys

2